114

641 A.2d 580

Richard A. HAVASY, individually, and Richard A. Havasy and Judy Havasy, his wife, and Judy Havasy, in her own right, Appellants,

v.

Paul RESNICK, M.D., George H. Gilmore, M.D., and St. Margaret Memorial Hospital, Appellees.

Supreme Court of Pennsylvania.

Argued Sept. 21, 1993.

Decided May 24, 1994.

John F. Becker, Sikov & Love, P.A., Pittsburgh, for appellants.

Louis C. Long, Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, for Paul Resnick, M.D.

Kevin C. Harkins, Robert S. Grigsby, Cohen & Grigsby, Pittsburgh, for George H. Gilmore, M.D.

Templeton Smith, Jr., Linton L. Moyer, Thompson, Rhodes & Cowie, P.C., Pittsburgh, for St. Margaret Memorial Hosp.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.

MONTEMURO, Senior Justice, was an appointed Justice of the Court at the time of argument.*